**STATE of Missouri, Respondent,**

v.

**Richard CHRISMER, et al., Appellants.**

No. 63041.

Missouri Court of Appeals,
Eastern District,
Division Two.

Oct. 19, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 9, 1993.

Application to Transfer Denied
Jan. 25, 1994.

David O. Danis, Clayton, for appellants.

Scott Reynolds, Wendy McIntyre, Clayton, for respondent.

Before CRANE, P.J., and KAROHL and CRAHAN, JJ.

PER CURIAM.

### ORDER

Defendants appeal their convictions of trespass in the first degree. We have re-

viewed the briefs of the parties and the legal file in this court-tried case and find no error of law and that an opinion would have no precedential value. We affirm the convictions pursuant to Rules 30.25(b) and 84.16(b).